**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAN 0 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
|  | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **ELEMER A. RAMIREZ-LEPE** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

Criminal No. 10-329 (ESH)

## ORDER

In a hearing before Magistrate Judge John M. Facciola on December 13, 2010, defendant Elemer A. Ramirez-Lepe entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 4, 2011